IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARRY MURRY, # 236735, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:13-CV-55-WKW ) |
| CEDRIC LONG, | ) ) |
| Defendant. | ) ) |

## **ORDER**

On May 28, 2013, the Magistrate Judge filed a Report and Recommendation (Doc. # 22) regarding Plaintiff's 42 U.S.C. § 1983 complaint. No timely objections have been filed. Based upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 18) is ADOPTED;

2. The case is DISMISSED without prejudice for Plaintiff's failure to prosecute.

A separate judgment shall issue.

DONE this 18th day of June, 2013.

                                              /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE